| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Carol L. Knowlton, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>cknowlton@gorskiknowlton.com<br>Attorneys for Debtors | Order Filed on September 7, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeffrey Vitanza & Josera Fama-Vitanza<br><br>Debtors | Chapter 13<br><br>Case No.: 10-38009-CMG<br><br>Judge: Christine M. Gravelle<br><br>Hearing Date: 8/24/16 |

**ORDER AWARDING SANCTIONS**

      The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 7, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Debtor Estate of Jeffrey Vitanza & Josera Fama-Vitanza
Case No.  10-38009-CMG
Caption of Order:  Order Awarding Sanctions
_____

This matter having come before the Court upon the Debtors' Motion for sanctions against the mortgage holder on their residence located at 441 Hobart Road, North Brunswick, New Jersey, pursuant to FRBP 9011; and the Court having considered the pleadings submitted and the argument of counsel; on the Court's own initiative, pursuant to FRBP 9011(c)(1)(B); and the Court having made findings pursuant to FRBP 9011(c)(3), as set forth on the record on August 24, 2016; and good and sufficient cause appearing for the entry of this Order,

**IT IS ORDERED** that sanctions be and the same are hereby imposed against U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust; Statebridge Company, LLC; and Selene Finance, LP and/or Selene Finance, Inc., jointly and severally, in the amount of $10,600.00, as and for the counsel fees and $139.65 as and for costs incurred by the Debtors in bringing their motion to deem their post-petition payments current, for a total of $10,739.65; and

**IT IS FURTHER ORDERED** that said amount shall be paid directly to Debtors' counsel, Gorski & Knowlton PC, within 30 days of the date of the entry of this Order.  In the event that said amount is not paid timely, interest shall accrue at the rate of 12% per annum, and Debtors' attorneys shall have the right to pursue any remedies allowed under federal or state laws.