UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
cknowlton@gorskiknowlton.com
Attorneys for Debtors

Order Filed on September 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey Vitanza & Josera Fama-Vitanza

Debtors

Chapter 13

Case No.: 10-38009-CMG

Judge: Christine M. Gravelle

Hearing Date: 8/24/16

**ORDER AWARDING SANCTIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 7, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Debtor Estate of Jeffrey Vitanza & Josera Fama-Vitanza
Case No. 10-38009-CMG
Caption of Order: Order Awarding Sanctions
_____

This matter having come before the Court upon the Debtors' Motion for sanctions against the mortgage holder on their residence located at 441 Hobart Road, North Brunswick, New Jersey, pursuant to FRBP 9011; and the Court having considered the pleadings submitted and the argument of counsel; on the Court's own initiative, pursuant to FRBP 9011(c)(1)(B); and the Court having made findings pursuant to FRBP 9011(c)(3), as set forth on the record on August 24, 2016; and good and sufficient cause appearing for the entry of this Order,

**IT IS ORDERED** that sanctions be and the same are hereby imposed against U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust; Statebridge Company, LLC; and Selene Finance, LP and/or Selene Finance, Inc., jointly and severally, in the amount of $10,600.00, as and for the counsel fees and $139.65 as and for costs incurred by the Debtors in bringing their motion to deem their post-petition payments current, for a total of $10,739.65; and

**IT IS FURTHER ORDERED** that said amount shall be paid directly to Debtors' counsel, Gorski & Knowlton PC, within 30 days of the date of the entry of this Order. In the event that said amount is not paid timely, interest shall accrue at the rate of 12% per annum, and Debtors' attorneys shall have the right to pursue any remedies allowed under federal or state laws.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 10-38009-CMG
Jeffrey Vitanza                                                                                   Chapter 13
Josera Fama-Vitanza
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 07, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db/jdb         +Jeffrey Vitanza,    Josera Fama-Vitanza,    441 Hobart Road,    North Brunswick, NJ 08902-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Barry W. Frost    on behalf of Debtor Jeffrey   Vitanza bfrost@teichgroh.com
              Barry W. Frost    on behalf of Joint Debtor Josera   Fama-Vitanza bfrost@teichgroh.com
              Carol L. Knowlton    on behalf of Joint Debtor Josera   Fama-Vitanza cknowlton@gorskiknowlton.com
              Carol L. Knowlton    on behalf of Debtor Jeffrey   Vitanza cknowlton@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    DLJ Mortgage Capital, Inc
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Creditor    PNC Bank, N.A. rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              Robert P. Saltzman    on behalf of Creditor    Selene Finance LP dnj@pbslaw.org
              Ryan A. Gower    on behalf of Creditor    Selene Finance, Inc. bkecf@milsteadlaw.com
              Steven   Eisenberg    on behalf of Creditor    U.S Bank Trust, N.A., et al c/o Statebridge
               bkecf@sterneisenberg.com,    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S Bank Trust, N.A., et al c/o Statebridge
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 14